UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
JONATHAN JUNG,

                                 :

                 Plaintiff,

                                 :       05-CV-4286 (MBM)

       - against -

                                 :       ECF Case

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP and SUSAN DORNFELD,      :

                       Defendants.    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DECLARATION OF DAVID E. SCHWARTZ, ESQ.
SUBMITTED IN SUPPORT OF DEFENDANTS' MOTION
TO DISMISS THE FIRST, THIRD, FOURTH AND SIXTH
CAUSES OF ACTION IN PLAINTIFF'S COMPLAINT**

       David E. Schwartz, an attorney duly admitted to practice law before this

Court, hereby declares under penalty of perjury:

       1.       I am an attorney admitted to practice in the State of New York and

Counsel with the firm of Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for

Skadden, Arps, Slate, Meagher & Flom LLP and Susan Dornfeld ("Defendants") in the

above captioned matter. I am fully familiar with the facts set forth herein. This

declaration is submitted in support of Defendants' motion to dismiss the First, Third,

Fourth and Sixth Causes of Action in the Complaint of plaintiff Jonathan Jung ("Mr.

Jung").

       2.       Attached hereto as exhibits are true and correct copies of the

following documents which are referred to in the Memorandum of Law in Support of

Defendants' Motion to Dismiss the First, Third, Fourth and Sixth Causes of Action in

Plaintiff's Complaint:

| Exhibit | Document |
|---------|----------|
| A | Complaint of Mr. Jung filed with the Court on April 29, 2005 |
| B | Charge of Discrimination filed by Mr. Jung with the Equal Employment Opportunity Commission ("EEOC") |
| C | Dismissal and Notice of Rights issued to Mr. Jung by the EEOC |

/s/ David E. Schwartz
David E. Schwartz

2