SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Henry P. Baer (HB 1305)
David E. Schwartz (DS 4473)
Four Times Square
New York, New York 10036
(212) 735-3000
Attorneys for Defendants
  Skadden, Arps, Slate, Meagher & Flom LLP
  and Susan Dornfeld

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
JONATHAN JUNG,

                 Plaintiff,

      -against-

SKADDEN, ARPS, SLATE, MEAGHER & FLOM,
LLP and SUSAN DORNFELD,

                Defendants.
------------------------------------ x

05-CV-4286 (MBM)

ECF Case

CERTIFICATE OF SERVICE

      The undersigned, an attorney duly admitted to practice law before this Court, hereby certifies under penalty of perjury, that on June 10, 2005, I caused a true copy of the

- *Notice of Defendants' Motion to Dismiss the First, Third, Fourth and Sixth Causes of Action in Plaintiff's Complaint* with the annexed *Declaration of David E. Schwartz, Esq. Submitted in Support of Defendants' Motion to Dismiss the First, Third, Fourth and Sixth Causes of Action in Plaintiff's Complaint,*

- *Memorandum of Law in Support of Defendants' Motion to Dismiss the First, Third, Fourth and Sixth Causes of Action in Plaintiff's Complaint* and

- *Compendium of Unreported Cases Cited in Defendants' Memorandum of Law in Support of Their Motion to Dismiss the First, Third, Fourth and Sixth Causes of Action in Plaintiff's Complaint*

to be served upon the following party in the manner indicated:

By Hand Delivery

Brendan Chao
BRENDAN CHAO, ESQ.
230 Park Avenue
New York, NY 10169

Dated: New York, New York
       June 10, 2005

Steven Ray Katzenstein (S.K. 7599)