UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
JONATHAN JUNG                                              :
                                                           :
                 Plaintiff,                                :   Case No. 05 CV 4286(MBM)
                                                           :
        -against-                                          :   AFFIRMATION
                                                           :
                                                           :
SKADDEN, ARPS, SLATE MEAGHER & FLOM,                       :
LLP and SUSAN DORNFELD,                                    :
                                                           :
                 Defendants.                               :
------------------------------------------------------------ X

      BRENDAN CHAO, an attorney duly admitted to practice before this Court, and the courts of the State of New York, hereby affirms under penalty of perjury:

      1.    I am the attorney of record for the Plaintiff, Jonathan Jung, in the above-captioned matter.

      2.    I submit this affirmation in support of Plaintiff's memorandum of law in opposition to Defendants' motion to dismiss.

      3.    Attached hereto as Exhibit 1 is a true and correct copy of the Right to Sue Letter received by Plaintiff's attorney from the Equal Employment Opportunity Commission.

      4.    Attached hereto as Exhibit 2 is a true and correct copy of the cover page of the Complaint in this action, Civil Case No. 05 CV 4286.

      5.    Attached hereto as Exhibit 3 is the unpublished decision in Greenidge v. Ben Hur Moving & Storage, Inc., No. 02-CV-1635, 2002 WL 1796812 (E.D.N.Y. Aug. 6, 2002).

Dated: July 8, 2005
      Great Neck, New York

BRENDAN CHAO

By: *[signature]*
Brendan Chao

Attorney for Plaintiff
150 Great Neck Road, Suite 304
Great Neck, New York 11021
(516) 466-2033


TO: David E. Schwartz, Esq.
SKADDEN ARPS MEAGHER & FLOM
Attorneys for Defendants
Four Times Square
New York, New York 10036
(212) 735-3000