UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

JONATHAN JUNG

          Plaintiff,

-against-

SKADDEN, ARPS, SLATE MEAGHER & FLOM,
LLP and SUSAN DORNFELD,

          Defendants.
-----------------------------------------------------------x

Index No. 05 CV 4286

COMPLAINT

PLAINTIFF DEMANDS A
TRIAL BY JURY

JUDGE MUKASEY

RECEIVED APR 29 2005 U.S.D.C. S.D.N.Y. CASHIERS

Plaintiff, Jonathan Jung, by his attorney, Brendan Chao, Esq., for his Complaint alleges as follows:

### THE PARTIES

1. Plaintiff, Jonathan Jung ("Mr. Jung" or "Plaintiff") is an Asian American who was born in Seoul, South Korea. Mr. Jung resides at 33 West Hardwood Terrace, Palisades Park, New Jersey. Mr. Jung was formerly employed by Skadden, Arps, Slate Meagher & Flom, LLP.

2. Defendant, Skadden, Arps, Slate Meagher & Flom, LLP ("Skadden Arps") is a law firm with international offices and offices within the United States, including the offices in which Plaintiff worked in New York, New York, and White Plains, New York. Its principal place of business is New York, New York.

3. Defendant, Susan Dornfeld ("Ms. Dornfeld") is the Treasurer of Skadden Arps' New York office. Ms. Dornfeld supervised Mr. Jung during his employment with Skadden Arps.