UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
JONATHAN JUNG                                               :
                                                            :
                Plaintiff,                          :   Case No. 05 CV 4286(MBM)
                                                            :
          -against-                                        :   <u>AFFIRMATION OF SERVICE</u>
                                                            :
SKADDEN, ARPS, SLATE MEAGHER & FLOM,                        :
LLP and SUSAN DORNFELD,                                     :
                                                            :
                Defendants.                         :
------------------------------------------------------------------- X

      BRENDAN CHAO, an attorney duly admitted to practice law in this Court, and the courts of the State of New York, under the penalties of perjury, hereby affirms:

      I am not a party to the action, am over the age of 18 years, and reside in Nassau County, New York.

      On the 8th day of July 2005, I served an Attorney's Affirmation with attached Exhibits numbered 1 and 2, and a Memorandum of Law in Support of Plaintiff's Opposition to Defendants' Motion to Dismiss upon the following:

      David E. Schwartz, Esq.
      SKADDEN ARPS MEAGHER & FLOM
      Attorneys for Defendants
      Four Times Square
      New York, New York 10036

by delivering a true copy thereof to a messenger service, which delivered the copy by hand to SKADDEN ARPS MEAGHER & FLOM.

Dated: July 8, 2005
      New York, New York

                                                          BRENDAN CHAO