SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Henry P. Baer (HB 1305)
David E. Schwartz (DS 4473)
Four Times Square
New York, New York 10036
(212) 735-3000
Attorneys for Defendant
  Skadden, Arps, Slate, Meagher & Flom LLP

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
JONATHAN JUNG,                                : 05-CV-4286 (MBM)
                                              :
                  Plaintiff,                  : ECF Case
                                              :
         - against -                          : NOTICE OF DEFENDANT'S
                                              : MOTION TO COMPEL ARBITRATION
                                              : AND STAY THIS ACTION
SKADDEN, ARPS, SLATE, MEAGHER &               :
FLOM, LLP,                                    : **ORAL ARGUMENT REQUESTED**
                                              :
                  Defendant.                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

   PLEASE TAKE NOTICE that upon the attached Declaration of David E. Schwartz, dated November 14, 2005, and the exhibits thereto; the accompanying memorandum of law; and upon all prior pleadings and proceedings had herein, defendant Skadden, Arps, Slate, Meagher & Flom LLP, by and through its attorneys, will move this Court as soon as counsel can be heard, before the Honorable Michael B. Mukasey, at the United States Courthouse, 500 Pearl Street, New York, New York, for an Order compelling arbitration of all claims in Plaintiff Jonathan Jung's Amended Complaint, dated October 28, 2005, and staying this action pending completion of the arbitration proceeding, pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 1-16, and granting such other and further relief as this Court may deem just and proper, including costs.

Dated: New York, New York
November 14, 2005

Respectfully submitted,

/s/ David E. Schwartz
Henry P. Baer (HB 1305)
David E. Schwartz (DS 4473)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Attorneys for Defendant
  Skadden, Arps, Slate,
  Meagher & Flom LLP

To: Brendan Chao
BRENDAN CHAO, ESQ.
150 Great Neck Road, Suite 304
Great Neck, New York 11021
(516) 466-2033
Attorney for Plaintiff