UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
JONATHAN JUNG,                                                :
                                                              :
                Plaintiff,                                    :   Case No. 05 CV 4286(MBM)
                                                              :
                                                              :
    -against-                                                :   ATTORNEY AFFIRMATION
                                                              :
                                                              :
SKADDEN, ARPS, SLATE, MEAGHER & FLOM,                         :
LLP,                                                          :
                                                              :
                Defendants.                                   :
------------------------------------------------------------- X

       BRENDAN CHAO, an attorney duly admitted to practice before this Court, and the courts of the State of New York, hereby affirms under penalty of perjury:

       1.    I am the attorney of record for the Plaintiff, Jonathan Jung, in the above-captioned matter.

       2.    I submit this affirmation in support of Plaintiff's memorandum of law in opposition to Defendants' motion to compel arbitration and stay this action.

       3.    Attached hereto as Plaintiff's Exhibit 1 is a true and correct copy of Chao letter to Burke dated July 6, 2004.

       4.    Attached hereto as Plaintiff's Exhibit 2 is a true and correct copy of Baer letter to Chao dated July 14, 2004.

       5.    Attached hereto as Plaintiff's Exhibit 3 is a true and correct copy of Plaintiff's charge of discrimination with fax cover and confirmation page to Henry Baer.

       6.    Attached hereto as Plaintiff's Exhibit 4 is a true and correct copy of Defendant's position statement to the Equal Employment Opportunity Commission.

7. Attached hereto as Plaintiff's Exhibit 5 is a true and correct copy of a Stipulation extending Defendants' time to respond to complaint.

8. Attached hereto as Plaintiff's Exhibit 6 a true and correct copy of AAA Rules for Commercial Arbitration.

9. Attached hereto as Plaintiff's Exhibit 7 a true and correct copy of AAA National Rules for Resolution of Employment Disputes.

10. Attached hereto as Plaintiff's Exhibit 8 a true and correct copy of D.H. Blair & Co., Inc. v. Johnson, not reported in F. Supp., 1995 WL 422162 (S.D.N.Y. 1995).

Dated: December 5, 2005
    Great Neck, New York

                                BRENDAN CHAO
                                Attorney & Counselor at Law

                                By: /s/ Brendan Chao
                                    Brendan Chao

                                Attorney for Plaintiff
                                150 Great Neck Road, Suite 304
                                Great Neck, New York 11021
                                (516) 466-2033

TO: David E. Schwartz, Esq.
    SKADDEN, ARPS, SLATE, MEAGHER & FLOM
    Attorneys for Defendants
    Four Times Square
    New York, New York 10036
    (212) 735-3000