UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JONATHAN JUNG,   :   05-CV-4286 (MBM)

            Plaintiff,   :   STIPULATION

    - against -   :

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP,   :

           Defendant.   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel, that: (a) plaintiff will serve his opposition to defendant's motion to compel arbitration and stay this action on or before December 5, 2005, (b) defendant will serve its reply to plaintiff's opposition on or before December 19, 2005, and (c) service of each of the foregoing shall be by electronic mail with a copy by courier or U.S. mail.

Dated: New York, New York
       November 14, 2005

BRENDAN CHAO, ESQ.

By: _____
    Brendan Chao

Attorneys for Plaintiff
150 Great Neck Road, Suite 304
Great Neck, New York 11021
(516) 466-2033

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By: _____
    Henry P. Baer
    David E. Schwartz

Attorneys for Defendants
Four Times Square
New York, New York 10036-6522
(212) 735-3000

SO ORDERED.
_____ 12/2/0,
U.S.D.J.