M. MAHON /s/

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/29/07
```

EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x
JONATHAN JUNG,                          :
                                        :
                    Plaintiff,          :    05-CV-4286 (CM)
                                        :
          - against -                   :    ECF Case
                                        :
SKADDEN, ARPS, SLATE, MEAGHER,          :    **STIPULATION OF**
& FLOM LLP                              :    **SETTLEMENT WITH**
                                        :    **PREJUDICE**
                    Defendant.          :
---------------------------------------- x

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel to the parties that the above-captioned action shall be, and hereby is, dismissed with prejudice.

DATED: New York, New York
       ~~September~~ __, 2007
       October 29

SKADDEN, ARPS, SLATE, MEAGHER          THE LAW OFFICES OF
& FLOM LLP                              ~~BRENDAN~~ CHAO

By: /s/ _____               By: /s/ _____
David E. Schwartz                       Brendan Chao
Four Times Square                       67 Cutter Mill Road
New York, New York 10036                Great Neck, New York 11021
(212) 735-3000                          (516) 466-2007

Attorneys for Defendant                 Attorneys for Plaintiff
  Skadden, Arps, Slate, Meagher           Jonathan Jung
  & Flom LLP

                                        SO ORDERED
                                        /s/ _____
                                                U.S.D.J.

                                        10-29-07